UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. 4:05cr00230 SNL (AGF) |
| DERRICK RIVERS, | ) | |
| Defendant. | ) | |

## ORDER

Having received no objections by the defendant, Derrick Rivers,

**IT IS HEREBY ORDERED** that United States Magistrate Judge Audrey G. Fleissig Report and Recommendation (# 159), filed October 5, 2005 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion for Severance (#145) be **DENIED** without prejudice.

Dated this 3rd day of November, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE